UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ARLEAVER C. PATTON

    Plaintiff,

V.                                                            CIVIL ACTION NO

AFNI, INC.

Defendant.                                              JULY 14, 2008

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331.

3. Plaintiff is a natural person who resides in Baltimore, Maryland.

4. Plaintiff is a consumer within the FDCPA,

5. Defendant is a debt collector within the FDCPA and they have a their business resides in Bloomington, Illinois.

6. Defendant is a collector within the MCDCA.

7. Defendant communicated with Plaintiff on or after one year before the date of this action, in connection with collection efforts with regard to Plaintiff's disputed personal debt to Verizon Maryland Inc.

8. Plaintiff contacted the defendant by telephone on June 25, 2008 and advised the Defendant that she disputed this

debt.

9. Defendant advised the Plaintiff in that same conversation that her dispute must be put in writing, in conflict with a previous communication that advised Plaintiff she could orally dispute this debt.

10. Defendant has inadequate procedures in place to avoid such error.

11. In the collection efforts, the defendant violated the FDCPA; inter alia, section 1692e and g.

**WHEREFORE plaintiff respectfully requests this Court to:**

1. Award Plaintiff statutory damages pursuant to the Fair Debt Collection Practices Act 15 U.S.C. §1692 et seq.;

2. Award the Plaintiff costs of suit and a reasonable attorney's fee;

3. Award and such other and further relief as this Court may provide.

    THE PLAINTIFF
    BY_____
    Bernard T. Kennedy, Esquire
    P.O. Box 657
    Edgewater, MD 21037
    Ph   (443) 607-8901
    Fax (443) 607-8903
    Fed. Bar # Md26843
    bernardtkennedy@yahoo.com