FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 SEP 15 A 11: 43

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ARLEAVER C. PATTON

    Plaintiff,

V.                                  CIVIL ACTION NO
                                  1:08-cv-01860-RDB

AFNI, INC.

Defendant.                        SEPTEMBER 12, 2008

## NOTICE OF DISMISSAL

The plaintiff through her attorney Bernard T. Kennedy, stipulate that the claims in the above entitled action shall be dismissed with prejudice, and without costs, subject to approval of the Court.

                                              THE PLAINTIFF

                                              BY/S/Bernard T. Kennedy
                                              Bernard T. Kennedy, Esquire
                                              Bernard T. Kennedy & Associates
                                              P.O. Box 657
                                              Edgewater, MD 21037
                                              Ph  (443) 607-8901
                                              Fax (443) 607-8903
                                              Fed. Bar # Md26843
                                              bernardtkennedy@yahoo.com

GRANTED this 12th day of September 2008

_____
Richard D. Bennett
United States District Judge